## THOMAS v. STATE.
### No. 19757.

Court of Criminal Appeals of Texas.
May 11, 1938.

Rehearing Denied Oct. 12, 1938.

Levi Pressly, of Fort Worth, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for assault with intent to murder; punishment assessed being one year in the penitentiary.

The indictment properly charges the offense. The record is before this court without statement of facts or bills of exception. In such condition nothing is presented for review.

The judgment is affirmed.